IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:26-CR-051-P |
| TAYLOR ORRIS BANG (04) | |

**GOVERNMENT'S NOTICE REGARDING**
**ACCEPTANCE OF RESPONSIBILITY**

The United States of America files this Government's Notice Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that the Defendant is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the Government moves that the Defendant receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Mark McDonald*
MARK MCDONALD
Assistant United States Attorney
Virginia Bar No. 72198
801 Cherry Street #1700
Fort Worth, Texas 76102
(817) 252-5272 [Office]
(945) 336-6906 [Cell]
mark.s.mcdonald3@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Mark McDonald*
MARK MCDONALD
Assistant United States Attorney